_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 13, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 PROCEEDING
   LARRY DEAN HARPER                         21-50662 KMS
   196 Lonesome Pines Rd
   Laurel, MS  39443                          SSN:  XXX-XX-1226

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

   PECO FOODS
   ATTN: PAYROLL DEPT
   95 COMMERCE DR
   INDUSTRIAL PARK
   BAY SPRINGS, MS  39422

was required to pay debtor's earnings or a portion thereof to:

   DAVID RAWLINGS, TRUSTEE
   LOCK P.O. BOX 871
   HATTIESBURG, MS  39403
   (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net