United States Bankruptcy Court
Southern District of Mississippi

In re: LARRY DEAN HARPER
Debtor

Case No. 21-50662-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 2
Date Rcvd: Sep 15, 2026 Form ID: 3180W Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LARRY DEAN HARPER, 196 Lonesome Pines Rd, Laurel, MS 39443-4918 |
| cr | + | Credit Acceptance Corp., 1027 Ninth Street, New Orleans, LA 70115-2308 |
| 5008626 | + | Dr. Bernard De Asis, 18 Claimont Circle, Laurel, MS 39440-1816 |
| 5008874 | + | Jennifer Ann Curry Calvillo, The Rollins Law Firm, PLLC, on behalf of the Debtor, 702 West Pine St., Hattiesburg, MS 39401-3836 |
| 5008631 | + | Network Services, Inc, P.O. Box 1725, Hattiesburg, MS 39403-1725 |
| 5008632 | + | Pascagoula Inner Harbo, P.O. Box 908, Pascagoula, MS 39568-0908 |
| 5008633 | + | Pine Belt Credit LLC, 120 N 15th Ave, Laurel, MS 39440-4120 |
| 5008635 | + | South Centra Regional, 1220 Jefferson St., Laurel, MS 39440-4374 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5012116 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 15 2026 19:36:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W. 12 MILE ROAD, SUITE 3000, SOUTHFIELD , MI 48034-8331 |
| 5008625 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 15 2026 19:36:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 5008628 | | EDI: IRS.COM | Sep 15 2026 23:34:00 | Department of Treasury -, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 5008627 | + | Email/Text: bankruptcy@curo.com | Sep 15 2026 19:37:00 | First Heritage Credit of Mississippi, LLC, d/b/a 1st Heritage Credit, First Heritage Credit, 528 North 15th Ave Ste F, Laurel, MS 39440-3842 |
| 5008629 | + | Email/Text: ebone.woods@usdoj.gov | Sep 15 2026 19:37:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5008630 | + | Email/Text: melissa.martin@kfcu.org | Sep 15 2026 19:37:00 | Keesler Federal Credit Union, P O Box 7001, Biloxi, MS 39534-7001 |
| 5023907 | | Email/Text: sheri@masinc.org | Sep 15 2026 19:36:00 | MERCHANTS ADJUSTMENT SERVICE, PO BOX 7511, 56 N FLORIDA ST, MOBILE, AL 36670 |
| 5008634 | | Email/Text: bankruptcy@republicfinance.com | Sep 15 2026 19:37:00 | Republic Finance, 1600 Hwy 15 N, Ste 300, Laurel, MS 39440 |
| 5015530 | | Email/Text: bankruptcy@republicfinance.com | Sep 15 2026 19:37:00 | Republic Finance, Republic Finance, LLC, 282 Tower Rd, Ponchatoula, La 70454 |
| 5008636 | | Email/Text: bankruptcycourt@towerloan.com | Sep 15 2026 19:36:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 5024630 | + | Email/Text: bankruptcycourt@towerloan.com | Sep 15 2026 19:36:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5008637 | ^ | MEBN | Sep 15 2026 19:31:13 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC |

20530-0001

TOTAL: 12

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2026 Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Gregory J Walsh | on behalf of Creditor Credit Acceptance Corp. greg@sundmakerfirm.com |
| Jennifer A Curry Calvillo | on behalf of Debtor LARRY DEAN HARPER jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor LARRY DEAN HARPER trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **LARRY DEAN HARPER** | Social Security number or ITIN | **xxx–xx–1226** |
| | First Name Middle Name Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **21–50662–KMS**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**LARRY DEAN HARPER**

Dated: 9/15/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**